### CHAPTER 13 PLAN (INDIVIDUAL ADJUSTMENT OF DEBT)

**Debtor** (H)
(W)  Demetric Lofties    **11-21106**

**Address:** 6204 Summer Hills Circle
Memphis, TN 38134

**Plan Payment:**    $204.00    **Bi Weekly**

**Payroll Deduction:** Fed Ex
3875 Airways, H/1 West    First Pymt    4/1/2011
US Payroll Services
Memphis, TN 38116

**Administrative:** Pay filing fee, Trustee fee, and Debtor's attorney fee
pursuant to Court Order.    Monthly Plan Pymt.

**Auto Insurance:**    Paid outside

**Child Support:** Future support through plan to    None
arrreage amount

**PRIORITY**
**US Department of Education**    $8,059.33    $134.00

**MORTGAGE**    Payment Begins
Wells Fargo Financial    Paid Outside
Approx arrearage

**Secured Creditors:**
**Retain Lien 11 USC 1325 (a) (5)**    Value    Interest Rate

City of Memphis, Treasurer    $1,227.82    $27.00
Shelby County, Trustee    $2,117.00    $47.00
**SPECIAL CLASS UNSECURED**

**Unsecured creditors:** Pay TBD of these claims after above claims are paid

**Estimated Total of unsecured non-priority debt: $112,550.77**
**Adequate Protection will be (1/4)    25% of the proposed    monthly    payment**
**Failure to file timely a written objection will be deemed an acceptance of the plan.**
**Termination:**    Plan shall terminate upon payment of the above apporximately 60 months.
**Absent a specific court order otherwise, all claims, other than those specifically provided**
**for above, shall be paid as general unsecured debts.**